IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.: 4:16-cv-00114-AWA-DEM ) |
| LUMBER LIQUIDATORS HOLDINGS, INC., ET AL., | ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters Inc., ACE American Insurance Company, Continental Casualty Company, and Aspen American Insurance Company (together, the "Insurers") and Defendant David L.Y. Chau hereby stipulate that all claims of the Insurers' herein against Defendant be dismissed in their entirety with prejudice, each party to bear its own costs.

Defendant has not answered or responded to the complaint in this action. Furthermore, Defendant has released all rights under the insurance policies issued by the Insurers and agrees that he will be bound by any and all rulings with regard to the declaratory relief sought by the Insurers in this action.

                                                Respectfully submitted,

Dated: November 21, 2016              WILEY REIN LLP


By: /s/ Leland H. Jones IV
    Leland H. Jones IV
    *lhjones@wileyrein.com*
    (VSB #78643)
    1776 K Street, NW
    Washington, DC 20006
    (202) 719-7178

*Counsel for Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters Inc., ACE American Insurance Company, and Aspen American Insurance Company*

BAILEY CAVALIERI, LLC


*Co-Counsel for ACE American Insurance Company and Aspen American Insurance Company*

DLA PIPER LLP (US)


By:_____
    Benjamin S. Boyd
    *benjamin.boyd@dlapiper.com*
    (VSB #28427)
    Julie A. Gryce
    *julie.gryce@dlapiper.com*
    (VSB #80422)
    500 8th Street NW
    Washington, DC 20004
    (202) 799-4502

*Counsel for Continental Casualty Company*

Respectfully submitted,

Dated: November __, 2016  WILEY REIN LLP


By:_____
  Leland H. Jones IV
  lhjones@wileyrein.com
  (VSB #78643)
  1776 K Street, NW
  Washington, DC 20006
  (202) 719-7178

*Counsel for Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters Inc., ACE American Insurance Company, and Aspen American Insurance Company*

BAILEY CAVALIERI, LLC


*Co-Counsel for ACE American Insurance Company and Aspen American Insurance Company*

DLA PIPER LLP (US)

By: /s/ Julie A. Gryce
  Benjamin S. Boyd
  benjamin.boyd@dlapiper.com
  (VSB #28427)
  Julie A. Gryce
  julie.gryce@dlapiper.com
  (VSB #80422)
  500 8th Street NW
  Washington, DC 20004
  (202) 799-4502

*Counsel for Continental Casualty Company*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2016, I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users indicated on the electronic filing receipt.

      WILEY REIN LLP

      By: /s/ Leland H. Jones IV
      Leland H. Jones IV
      *lhjones@wileyrein.com*
      (VSB #78643)
      1776 K Street, NW
      Washington, DC 20006
      (202) 719-7178

      *Counsel for Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters Inc., ACE American Insurance Company, and Aspen American Insurance Company*