IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS HOLDINGS, INC., et al.,<br><br>                Defendants. | Civil Action No. 4:16cv114-AWA-DEM |

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant Janet Eley, by and through undersigned counsel, hereby responds as follows to the Court's November 29, 2016 Order to Show Cause:

1. Plaintiffs filed the Complaint on July 1, 2016, which Mrs. Eley timely answered on September 2, 2016.

2. On November 25, 2016, the Court granted the motions for summary judgment filed by Plaintiffs and by Defendants Lumber Liquidators Holdings, Inc., Thomas D. Sullivan, Daniel E. Terrell, William K. Schlegel, Robert M. Lynch, Carl R. Daniels, Jr., Macon F. Brock, Jr., Jeffrey W. Griffiths, Douglas T. Moore, John M. Presley, Peter B. Robinson, Martin F. Roper, Nancy M. Taylor, and Jimmie L. Wade (the "Settling Defendants").

3. As referenced in the Memorandum of Points and Authorities in Support of the Settling Defendants' Motion for Summary Judgment, DE63 at 5 n.8, Mrs. Eley did not oppose that motion because she agreed to execute a release of claims on the policies at issue in this case. She was therefore neutral as to the allocation of the proceeds of the policies.

4. Accordingly, Mrs. Eley does not oppose the dismissal of this action.

Dated:  December 1, 2016         By:     /s/ Edward J. Fuhr
                                 Edward J. Fuhr (VSB #28082)
                                 Johnathon E. Schronce (VSB #80903)
                                 HUNTON & WILLIAMS LLP
                                 951 E. Byrd Street
                                 Richmond, Virginia 23219-4074
                                 Telephone: 804-788-8201
                                 Facsimile: 804-788-8218
                                 efuhr@hunton.com
                                 jschronce@hunton.com

                                 *Counsel for Janet Eley*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a copy of the above to be filed with the Clerk of the Court, which will be submitted on the CM/ECF system, causing it to be served on all registered users and a true and correct copy of the foregoing has been served by electronic mail this 1st day of December, 2016, upon the following:

Mary Catherine Martin
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
mmartin@wileyrein.com
*Counsel for Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters, Inc., ACE American Insurance Company, and Aspen American Insurance Company*

Lyle Roberts
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
lroberts@cooley.com
*Counsel for Lumber Liquidators Holdings, Inc., Macon F. Brock, Jr., Jeffrey W. Griffiths, Douglas T. Moore, John M Presley, Peter B. Robinson, Martin F. Roper, Nancy M. Taylor, Jimmie L. Wade*

Michael R. Goodstein
BAILEY CAVALIERI, LLC
10 W. Broad Street, Suite 2100
Columbus, OH 43215
mgoodstein@baileycav .com
*Co-Counsel for ACE American Insurance Company and Aspen American Insurance Company*

Benjamin S. Boyd
DLA PIPER LLP
500 8th Street NW
Washington, DC 20004
benjamin.boyd@dlapiper.com
*Counsel for Continental Casualty Company*

Brian L. Whisler
Jennifer Ancona Semko
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
Telephone: (202) 452-7019
Facsimile: (202) 416-6937
brian.whisler@bakermckenzie.com
jennifer.semko@bakermckensie.com
*Counsel for Defendant Thomas D. Sullivan*

David William O'Brien
Thomas A. Hanusik
CROWELL & MORNING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dobrien@crowell.com
thanusik@crowell.com
*Counsel for Defendant Christopher Battin*

Jonathan R. Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Telephone: (202) 383-8124
Facsimile: (202) 383-8118
jrtuttle@debevoise.com
afjohnson@debevoise.com
*Counsel for Daniel E. Terrell*

Connie N. Bertram
Ralph C. Ferrara
Ann M. Ashton
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6899
Facsimile: (202 416-6899
cbertram@proskauer.com
rferrara@proskauer.com
aashton@proskauer.com
*Counsel for Robert M. Lynch*

Elizabeth C. Solander
Sean M. Reilly
Kevin T. Abikoff
John F. Wood
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, DC 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
solander@hugheshubbard.com
kevin.abikoff@hugheshubbard.com
john.wood@hugheshubbard.com
*Counsel for William K. Schlegel*

Dallas Jacob Egging Kaplan
Ronald Tenpas
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5407
Facsimile: (202) 739-3001
dkaplan@morganlawis.com
*Counsel for Defendant Carl R. Daniels, Jr. and Sarah Schoenfeld*

Laura C. Marshall
HUNTON & WILLIAMS LLP
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 787-8013
Facsimile: (804) 788-8218
lmarshall@hunton.com
*Counsel for Defendants Adrian Cantu, Ryan Reny, Calvin Robertson, Chuck Hall, Jerrid Denney, Andrew Eaton, Steven Flores, Paul Kuzyk, Steven Sereno, Charles Booth, Ernest Luckett, Brandon Iovino, Michael Bingaman Thomas Berry, Alexandra Hughes, Michael Ward, Jerrico Jordan, Ralph Aubrey Amadeo Jr.*

4

I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing was mailed with First Class postage by United States mail to the following:

John Tan
REED SMITH
52nd Floor, Wheelock Square
No. 1717 Nanjing Road West
Jing An District Shanghai 200040
China
Telephone +86 21 6032 3126
jtan@reedsmith.com
*Counsel for Defendants Danny Wu, Shane Gao, Janet Xu, Philan Jie, Rocky Yang, Michael Wang*

Theresa Van Vliet
GENOVESE JOBLOVE & BATTISTA
200 East Broward Boulevard
Suite 1110
Fort Lauderdale, FL 33301
Telephone: (954) 453-8000
Facsimile: (954) 453-8012
tvanvliet@gjb-law.com
*Counsel for Defendant Lisa Kuca*

William Dinkin
STONE CARDWELL & DINKIN
101 Shockoe Slip, Suite K
Richmond, VA 23219
Telephone: (804) 359-0000
Facsimile (804) 257-5555
*Counsel for Defendant Michael Freeman*

Samuel G. Williamson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1307-1308 Two Exchange Square
8 Connaught Place Central, Hong Kong
China
Telephone: +852 3464 5600
samwilliamson@quinnemanuel.com
*Counsel for Defendant David Chau*

Laura Hughes McNally
Marc J. Sonnenfeld
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
lmcnally@morganlewis.com
msonnenfeld@morganlewis.com
*Counsel for Defendant Carl R. Daniels, Jr.*

Jonathan Richman
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
jerichman@proskauer.com
*Counsel for Robert M. Lynch*

     /s/ Edward J. Fuhr
Edward J. Fuhr (VSB #28082)
Johnathon E. Schronce (VSB #80903)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: 804-788-8201
efuhr@hunton.com
jschronce@hunton.com

*Counsel for Janet Eley*