**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, et al.,<br>Plaintiffs<br>v.<br>LUMBER LIQUIDATORS HOLDINGS, INC., et al.,<br>Defendants. | Civil Action No.: 4:16cv114-AWA-DEM |

## RESPONSE TO ORDER TO SHOW CAUSE

Defendant Christopher Battin, by and through undersigned counsel, hereby responds as follows to the Court's November 29, 2016 Order directing that he and two other defendants show cause why this civil action should not be dismissed:

1.  Mr. Battin also does not oppose the dismissal of this action.

DATED: December 15, 2016

        Respectfully submitted,


        /s/ David W. O'Brien
        _____
        David William O'Brien (Va. Bar No. 14924)


        /s/ Thomas A. Hanusik
        _____
        Thomas A. Hanusik

        CROWELL & MORNING LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2595
        Telephone: 202-624-2500
        Facsimile: 202-628-5116
        Email: dobrien@crowell.com
        Email: thanusik@crowell.com

        *Attorneys for Defendant Christopher Battin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Answer was served by the Court's CM/ECF Noticing System on August 16, 2016 on all counsel and parties of record.

Mary Catherine Martin
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
mmartin@wileyrein.com
*Counsel for Starr Indemnity & Liability Company, Travelers Casualty and Surety Company of America, Liberty Insurance Underwriters, Inc., ACE American Insurance Company, and Aspen American Insurance Company*

Michael R. Goodstein
BAILEY CAVALIERI, LLC
10 W. Broad Street, Suite 2100
Columbus, OH 43215
mgoodstein@baileycav.com
*Co-Counsel for ACE American Insurance Company and Aspen American Insurance Company*

Lyle Roberts
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
lroberts@cooley.com
*Counsel for Lumber Liquidators Holdings, Inc., Macon F. Brock, Jr., Jeffrey W. Grths, Douglas*
T. Moore, John M Presley, Peter B. Robinson, Martin F. Roper, Nancy M Taylor, Jimmie L. Wade

Benjamin S. Boyd
DLA PIPER LLP
500 8th Street NW
Washington, DC 20004
benjamin.boyd@dlapiper.com
*Counsel for Continental Casualty Company*

Brian L. Whisler
Jennifer Ancona Semko
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006
Telephone: (202) 452-7019
Facsimile: (202) 416-6937
brian.whisler@bakermckenzie.com
jennifer.semko@bakermckenzie.com
*Counsel for Thomas D. Sullivan*

Laura C. Marshall
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 787-8013
lmarshall@hunton.com
*Counsel for Defendants Adrian Cantu, Ryan Reny, Calvin Robertson, Chuck Hall, Jerrid Denney, Andrew Eaton, Steven Flores, Paul Kuzyk, Steven Sereno, Charles Booth, Ernest Luckett, Brandon Iovino, Michael Bingaman, Thomas Berry, Alexandra Hughes, Michael Ward, Jerrico Jordan, Ralph Aubrey Amadeo Jr.*

Elizabeth C. Solander
Sean M. Reilly
Kevin T. Abikoff
John F. Wood
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, DC 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
solander@hugheshubbard.com
kevin.abikoff@hugheshubbard.com
john.wood@hugheshubbard.com
*Counsel for William K. Schlegel*

John Tan
REED SMITH
52nd Floor, Wheelock Square
No. 1717 Nanjing Road West
Jing An District Shanghai 200040
China
Telephone +86 21 6032 3126
jtan@reedsmith.com
*Counsel for Defendants Danny Wu, Shane Gao, Janet Xu, Philan Jie, Rocky Yang, Michael Wang*

Samuel G. Williamson
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
1307-1308 Two Exchange Square
8 Connaught Place Central, Hong Kong
China
Telephone: +852 3464 5600
samwilliamson@quinnemanuel.com
*Counsel for Defendant David Chau*

Jonathan R. Tuttle
Ada Fernandez Johnson
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Telephone: (202) 383-8124
Facsimile: (202) 383-8118
jrtuttle@debevoise.com
afjohnson@debevoise.com
*Counsel for Daniel E. Terrell*

Theresa Van Vliet
GENOVESE JOBLOVE & BATTISTA
200 East Broward Boulevard
Suite 1110
Fort Lauderdale, FL 33301
Telephone: (954) 453-8000
Facsimile: (954) 453-8012
tvanvliet@gjb-law.com
*Counsel for Defendant Lisa Kuca*

Edward J. Fuhr
HUNTON & WILLIAMS
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8201
efuhr@hunton.com
*Counsel for Defendant Janet M Eley*

Dallas Jacob Egging Kaplan
Ronald Tenpas
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5407
Facsimile: (202) 739-3001

Connie N. Bertram
Ralph C. Ferrara
Ann M. Ashton
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, DC 20004

dkaplan@morganlawis.com
ronald.tenpas@morgan.lewis.com

-and-

Laura Hughes McNally
Marc J. Sonnenfeld
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
lmcnally@morganlewis.com
msonnenfeld@morganlewis.com
*Counsel for Defendant Carl R. Daniels, Jr. and Sarah Schoenfeld*

William Dinkin
STONE CARDWELL & DINKIN
101 Shockoe Slip, Suite K
Richmond, VA 23219
Telephone: (804) 359-0000
Facsimile (804) 257-5555
*Counsel for Defendant Michael Freeman*

cbertram@proskauer.com
rferrara@proskauer.com
aashton@proskauer.com

-and-

PROSKAUER ROSE LLP
Jonathan Richman
11 Times Square
New York, NY 10036
jerichman@proskauer.com
*Counsel for Robert M Lynch*

/s/ David W. O'Brien

_____
David William O'Brien (Va. Bar No. 14924)

/s/ Thomas A. Hanusik

_____
Thomas A. Hanusik
(*pro hac vice* application pending)

CROWELL & MORNING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: dobrien@crowell.com
Email: thanusik@crowell.com

*Attorneys for Defendant Christopher Battin*